**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60746-CIV-ALTMAN/Hunt**

**BRANDON HILL, on behalf of himself
and all others similarly situated,**

    *Plaintiff,*

**v.**

**SPIRIT AIRLINES, INC.,**

    *Defendant.*
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Parties' Joint Stipulation for Dismissal without Prejudice [ECF No. 58]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

3. This action is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of September 2020.

                                          **ROY K. ALTMAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record